MONSANTO COMPANY and Monsanto Technology LLC, Plaintiffs–Appellees,

v.

**Loren DAVID, Defendant–Appellant.**

No. 2009–1078.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2009.

Gregory H. Lantier, Wilmer Cutler Pickering Hale and Dorr LLP, of Washington, DC, argued for plaintiffs-appellees. With him on the brief were Paul R.Q. Wolfson, Seth P. Waxman, and Shirley Cassin Woodward. Of counsel was Joseph

C. Orlet, Husch Blackwell Sanders LLP, of St. Louis, MO.

Bruce E. Johnson, Cutler Law Firm, P.C., of West Des Moines, IA, argued for defendant-appellant.

LOURIE, LINN and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.